# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:99-cr-222-Orl-22B

**EDSON HARRY COLSON**

_____

# ORDER AND NOTICE
# OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 246), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on November 24, 2008.

After an independent *de novo* review of the record in this matter, and noting that the Defendant admitted violating the Conditions in Paragraphs #s1-5, and the government indicating it would move to dismiss the allegations in paragraph #6 at sentencing, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered November 25, 2008 (Doc. No. 246) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **WEDNESDAY, December 3, 2008, at 8:45 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 25, 2008.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Edson Harry Colson

ANNE C. CONWAY
United States District Judge