UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                       Case Number: 6:99-CR-222-ORL-22DAB

EDSON HARRY COLSON

USM Number: 23929-018

Clarence W. Counts, Jr., FPD
201 S. Orange Ave., Suite 300
Orlando, FL 32801

JUDGMENT IN A CRIMINAL CASE
For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, and Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for Cocaine | September 19, 2007 |
| Two | Positive urinalysis for Cocaine | August 27, 2008 |
| Three | Positive urinalysis for Cocaine | September 2, 2008 |
| Four | Positive urinalysis for Cocaine | September 18, 2008 |
| Five | Positive urinalysis for Cocaine | November 4, 2008 |

Violation 6 of the Petition is dismissed upon motion by the Government.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. *Defendant shall participate in drug tx/treatment.*

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/3/2008

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

December __3__, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

EDSON HARRY COLSON  
6:99-CR-222-ORL-22DAB

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 Months**.

The Court recommends to the Bureau of Prisons:

The defendant be afforded the opportunity to participate in a substance abuse treatment program.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on January 10, 2009.**

Until such time designation is provided from the Bureau of Prisons the defendant is released on bond. The defendant shall comply with all previously imposed standard conditions of supervision. The Court request from the probation office to give the defendant drug testing daily or a minimum of 4 times a week.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case